**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

William Holmes, Petitioner.

Appellate Case No. 2021-001018

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Charleston County
R. Markley Dennis Jr., Circuit Court Judge

---

Opinion No. 2023-MO-006
Heard December 13, 2022 – Filed March 1, 2023

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Jason Thomas Yonge, of Williams, Stitely & Brink, PC, of Lexington, and Chief Appellate Defender Robert Michael Dudek, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Mark Reynolds Farthing, both

of Columbia, and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *State v. Holmes*, Op. No. 2021-UP-249 (S.C. Ct. App. filed June 30, 2021). We now dismiss the writ as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**

---

[1] Counsel for Petitioner handled this appeal as part of the Appellate Practice Project. We applaud the professional ability of counsel and admire his willingness to volunteer his time and efforts in representing Petitioner.